UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLYN CRICCO AND ANTHONY CRICCO | ) | CIVIL ACTION NO. |
|     Plaintiffs, | ) | 3:13-CV-1043-MPS |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN ADJUSTMENT BUREAU, INC. | ) | |
|     Defendant | ) | October 15, 2013 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(ii), the plaintiffs, Carolyn Cricco and Anthony Cricco, through their attorney, and the defendant, American Adjustment Bureau, Inc., through its attorney, hereby give notice that the claims of the above-entitled action shall be dismissed, and without costs or attorney's fees.

    Plaintiffs, Carolyn Cricco and Anthony Cricco

By /s/ Hailey R. Gallant
    Hailey R. Gallant (ct29150)
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel:  (860) 571-0408
    Fax: (860) 571-7457
    hgallant@consumerlawgroup.com
    dblinn@consumerlawgroup.com

Defendant, American Adjustment Bureau, Inc.

By:/s/ Jonathan D. Elliot
    Jonathan D. Elliot (ct15762)
    jelliot@znclaw.com
    Zeldes, Needle & Cooper
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT  06601-1740
    Tel.  (203) 332-5727
    Fax. (203) 333-1489

## CERTIFICATION

      I hereby certify that on this 15th day of October, 2013, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Hailey R. Gallant
      Hailey R. Gallant